USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 96-2048 ERICO DAVIAS, Plaintiff, Appellant, v. CLYDE GARRIGAN, ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE [Hon. Joseph A. DiClerico, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Campbell, Senior Circuit Judge, ____________________ and Boudin, Circuit Judge. _____________ ____________________ Erico Davias on brief pro se. ____________ Paul M. Gagnon, United States Attorney, and T. David Plourde, _______________ _________________ Assistant United States Attorney, on brief for federal appellees. ____________________ June 3, 1997 ____________________ Per Curiam. We agree, essentially for the reasons ___________ recited in the magistrate-judge's June 24, 1996 report (which was later adopted by the district judge), that plaintiff's various claims are subject to dismissal. The judgment is modified simply to reflect that a portion of plaintiff's claims--i.e., those that are barred by Heck v. Humphrey, 512 ____ ________ U.S. 477 (1993), and those that set forth pendent state-law claims--are dismissed without prejudice. The remaining _______ claims are dismissed with prejudice.  ____ The judgment, as modified, is affirmed. _______________________________________ -2-